IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:25-cv-00376-MR

| | |
|---|---|
| CHARLES EVERETTE HINTON, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>LESLIE COOLEY DISMUKES, )<br>Secretary, North Carolina )<br>Department of Adult Correction, )<br>)<br>Respondent. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte.*

On November 18, 2025, the Court entered a Memorandum of Decision and Order (herein "MDO") that, among other things, denied and dismissed the Petition for Writ of Habeas Corpus filed by Petitioner in this action. [Doc. 16]. Additionally, the MDO provided Petitioner 14 days from entry therein to show cause as to why he believes the Court should not impose a pre-filing injunction and review system. [Id. at pp. 11 to 15]. The Clerk mailed the MDO to Petitioner at his current North Carolina Department of Adult Correction institution and such documentation has not been returned to the Court as undeliverable. Further, more than 14 days have elapsed since the

entry of the MDO and Petitioner has filed nothing with this Court in response to it. As set forth in explicit detail in the MDO, Petitioner is a prolific filer of frivolous actions in the federal district courts in North Carolina. Petitioner has so abused the legal process that this Court finds it necessary to impose a prefiling injunction on Petitioner. An injunction shall, therefore, be entered.

## O R D E R

**IT IS, THEREFORE, ORDERED** that a Pre-Filing Injunction Against the Petitioner is hereby **IMPOSED** and **ENTERED** as follows:

Petitioner, and/or anyone acting on his behalf, are **ENJOINED** from filing any action in this court that seeks to challenge the convictions and sentences Petitioner sustained for the offenses: (1) sexual offender unlawfully on premises; (2) breaking and entering; (3) larceny after breaking and entering; and (4) attaining habitual felon status, on April 25, 2012, in the Mecklenburg County, North Carolina, Superior Court. In the event that Petitioner succeeds in filing papers in violation of this Order, upon such notice, the Clerk of Court will, under authority of this Court, immediately and summarily strike the pleading or filings.

## ADVICE TO PETITIONER

Petitioner is advised that any filing that is made in violation of this Order may be punishable as a contempt of this Court and could result in sanctions,

that could include imprisonment. Petitioner is advised that any future action in this court must be approved by the undersigned in advance of such filing. This means that he must file a "Motion for Approval of Filing" in this Court as a miscellaneous matter and explain in that motion the reasons why he desires to file the new proceeding and the reasons he believes such is not barred by this Order and the previous Orders of this Court. Any such motion must be signed under penalty of perjury. In addition, Petitioner must attach a copy of any proposed petition, complaint, or other filing as an exhibit to such motion. The Court will determine any such request *ex parte*. Petitioner is advised in advance that abuses of such protective process could also be considered a violation of this Court's injunction.

*The Clerk of Court is directed to refer any and all petitions, complaints, motions, inquiries, letters, requests, removals, or transfers that involve the Petitioner to the undersigned for in-chambers review prior to opening a civil action. For tracking purposes, such may be assigned a miscellaneous number or other identifier in the sound discretion of the Clerk of Court.*

**IT IS SO ORDERED.**

Signed: December 10, 2025

Martin Reidinger
Chief United States District Judge